1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

P. STERLING KERR, ESQ.
Nevada Bar No. 003978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintifffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DERUBEIS FINE ART INC., a California corporation; DAVID SMITH, an individual;<br><br>Plaintiffs,<br>v.<br><br>KEVIN VIGIL, an individual; ASHTON HOWARD, an individual; PARK WEST GALLERIES, INC., a Michigan corporation;<br><br>Defendants. | Case No.: 2:21-cv-01514<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY ACTION PENDING RESOLUTION OF ARBITRATION (FIRST REQUEST)** |

THIS STIPULATION IS by and between the Plaintiffs DERUBEIS FINE ART, INC., and DAVID SMITH (hereinafter "Plaintiffs"), by and through their attorney, George E. Robinson, Esq., Defendant, KEVIN VIGIL, and ASHTON HOWARD, (hereinafter "Defendants") by and through their attorney Curtis R. Rawlings Esq. The parties hereby seek to extend the deadline for Plaintiffs to respond to Defendants' Motion to Compel Arbitration and to Dismiss or Stay Action Pending Resolution of Arbitration filed on August 20, 2021 (Doc # 7). The reason for this extension is that Plaintiffs and Defendants have a mediation scheduled for September 29, 2021. Therefore, the parties hereby stipulate as follows:

/ / /

/ / /

*LAW OFFICES OF P. STERLING KERR*
ATTORNEYS AT LAW
2450 St. Rose Parkway, Suite 120, Henderson, Nevada 89074
Telephone: (702) 451-2055 Facsimile: (702) 451-2077

1.    Plaintiffs' response to Defendants Motion to Compel Arbitration and to Dismiss or Stay Action Pending Resolution of Arbitration deadline is extended to September 29, 2021.

2.    Plaintiffs retain all right, and to objections, to Defendants' Motion.

Dated this _3rd_ day of September, 2021

LAW OFFICES OF P. STERLING KERR

 /s/ George E. Robinson
P. Sterling Kerr, Esq.
Nevada Bar No. 03978
George E. Robinson, Esq.
Nevada Bar No. 9667
2450 St. Rose Pkwy #120
Henderson, NV 89074
Telephone No.: (702) 451-2055
Facsimile No: (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

Dated this _3rd_ day of September, 2021

PECOS LAW GROUP

 /s/ Curtis R. Rawlings
Curtis R. Rawlings, Esq
Nevada Bar No. 6790
8925 South Pecos Road, Suite 14A
Las Vegas, NV 89074
Telephone No.: (702) 388-1851
Facsimile No.: (702) 388-7406
Email: curtis@pecoslawgroup.com
*Attorney for Defendants*

# IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 7th day of September, 2021.

LAW OFFICES OF P. STERLING KERR
ATTORNEYS AT LAW
2450 St. Rose Parkway, Suite 120, Henderson, Nevada 89074
Telephone: (702) 451-2055 Facsimile: (702) 451-2077

**ORDER**

IT IS SO ORDERED.

DATED and DONE this _____ day of _____, 2021

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

_____
P. STERLING KERR, ESQ.
Nevada Bar No. 003978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

LAW OFFICES OF P. STERLING KERR
ATTORNEYS AT LAW
2450 St. Rose Parkway, Suite 120, Henderson, Nevada 89074
Telephone: (702) 451-2055 Facsimile: (702) 451-2077

**Jennifer Hogan**

| | |
|---|---|
| **From:** | Curtis Rawlings <curtis@pecoslawgroup.com> |
| **Sent:** | Friday, September 3, 2021 2:55 PM |
| **To:** | Jennifer Hogan; George Robinson; Robert Harris |
| **Cc:** | Paul Schwiep (pschwiep@coffeyburlington.com) |
| **Subject:** | RE: Stip & Order to Extend |

Jennifer,

Yes, please attach my electronic signature to this version of the Stipulation.

Thank you and have a nice weekend.

*Curtis Rawlings, Esq.* || Attorney at Law

8925 S. Pecos Road, Suite 14A
Henderson, Nevada 89074

**PECOS LAW GROUP**

P: (702) 388-1851
F: (702) 388-7406
E: CURTIS@PECOSLAWGROUP.COM

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.

---

**From:** Jennifer Hogan <jennifer@sterlingkerrlaw.com>
**Sent:** Friday, September 3, 2021 2:38 PM
**To:** George Robinson <george@sterlingkerrlaw.com>; Robert Harris <rharris@stackfernandez.com>; Curtis Rawlings <curtis@pecoslawgroup.com>
**Cc:** Paul Schwiep (pschwiep@coffeyburlington.com) <pschwiep@coffeyburlington.com>
**Subject:** RE: Stip & Order to Extend

I am sorry about all this confusion. Let me know if this is ok an I will file it today.

Thank you,

*Jennifer Hogan*

Paralegal to Sterling Kerr
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
P: (702) 451-2055
F: (702) 451-2077

Law Offices of P. Sterling Kerr Standard Disclaimer