P. STERLING KERR, ESQ.
Nevada Bar No. 003978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DERUBEIS FINE ART INC., a California corporation; DAVID SMITH, an individual;<br><br>Plaintiffs,<br>v.<br><br>KEVIN VIGIL, an individual; ASHTON HOWARD, an individual; PARK WEST GALLERIES, INC., a Michigan corporation;<br><br>Defendants. | Case No.: 2:21-cv-01514<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs DeRubeis Fine Art Inc. and David Smith, and Defendants Kevin Vigil, Ashton Howard and Park West Galleries, Inc., hereby stipulate to the dismissal of this action with prejudice (including the dismissal with prejudice of all claims and causes of action pled in the First Amended Complaint against all defendants named therein) and with each Party bearing its own attorneys' fees and costs.

///

///

///

| | |
|---|---|
| Dated this 4th day of October, 2021 | Dated this 4th day of October, 2021 |
| LAW OFFICES OF P. STERLING KERR | PECOS LAW GROUP |
| /s/ George E. Robinson, Esq. | /s/ Curtis R. Rawlings, Esq. |
| P. Sterling Kerr, Esq.<br>Nevada Bar No. 03978<br>George E. Robinson, Esq.<br>Nevada Bar No. 9667<br>2450 St. Rose Pkwy #120<br>Henderson, NV 89074<br>Telephone No.: (702) 451-2055<br>Facsimile No: (702) 451-2077<br>Email: sterling@sterlingkerrlaw.com<br>Email: george@sterlingkerrlaw.com<br>*Attorneys for Plaintiffs* | Curtis R. Rawlings, Esq<br>Nevada Bar No. 6790<br>8925 South Pecos Road, Suite 14A<br>Las Vegas, NV 89074<br>Telephone No.: (702) 388-1851<br>Facsimile No.: (702) 388-7406<br>Email: curtis@pecoslawgroup.com<br>*Attorney for Defendants Howard and Vigil* |

**ORDER**

IT IS SO ORDERED.

DATED this 6th day of October, 2021

_____
RICHARD E. BOULWARE, II
United States District Court

Submitted by:

/s/ George E. Robinson, Esq.
_____
P. STERLING KERR, ESQ.
Nevada Bar No. 003978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiffs*